127 P.3d 103

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Alvarez | 26725 | 12/21/2005 | Affirmed |
| Mann v. AIG Hawaii Ins. Co., Inc. | 26131 | 12/23/2005 | Vacated & remanded |
| State v. Welling | 25994 | 12/30/2005 | Affirmed |